UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUREA M. CALICA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0572 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Defendant has moved to dismiss the complaint under Federal Rule of Civil Procedure 7(b)(1) and filed a declaration attesting that plaintiff has not applied for benefits since her prior, nearly identical complaint was dismissed as conceded. *See* Order, *Calica v. Commissioner of Social Security,* Civil Action No. 07-1062 (RJL) (D.D.C. Jan. 22, 2008). Because defendant's motion could potentially dispose of this case, the Court will advise the *pro se* plaintiff of her a plaintiff's obligations under the Federal Rules of Civil Procedure and the rules of this Court. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988); Neal v. Kelly, 963 F.2d 453, 456 (D.C. Cir. 1992).

Because the declaration by Yoland Vargas is a matter outside the pleadings and may be considered by the Court, the plaintiff will be given a reasonable opportunity to respond in writing and submit material that is pertinent to the motion. Plaintiff may file an affidavit or a declaration that complies with 28 U.S.C. § 1746. If a paper or part of a paper is referred to in the affidavit or declaration, a sworn or certified copy must be filed with the affidavit or declaration.

The Court may accept as true any factual assertions contained in affidavits or declarations and attachments submitted by the defendant in support of its motion to dismiss unless the plaintiff submits declarations or documentary evidence showing that the defendant's assertions are untrue. See Neal, 963 F.2d at 456.

The Court may treat as conceded any motion not opposed within the time specified below. Alternatively, the Court may consider on the merits any motion not opposed within the time limits specified. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed. Accordingly, it is hereby

ORDERED that plaintiff shall file a response to defendant's motion no later than August 4, 2008. If plaintiff does not respond by that date, the Court may treat the motion as conceded and dismiss the case.

Date: 6/24/08

RICHARD J. LEON
United States District Judge